**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD DENT, an individual, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 14 C 2999 |
| | ) | |
| RENAISSANCE MARKETING | ) | The Honorable Edmond E. Chang |
| CORPORATION, an Illinois corporation, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ADDITIONAL TIME TO**
**RESPOND TO MEDIATOR'S SETTLEMENT RECOMMENDATION**

Defendants Renaissance Marketing Corporation and Julia Meyer (collectively, "Defendants"), by and through their undersigned counsel, move pursuant to FED. R. CIV. P. 6(b) and 16 for an order granting the parties one additional week to respond to the Court's settlement recommendation. In support, Defendants state as follows:

1.      At the end of mediation on February 20, 2015, the Court recommended the primary component for a settlement of this lawsuit. Per the Court's February 23 Order, the deadline for responding to the recommendation is currently set for noon on February 27, 2015.

2.      Defendants request one additional week in order to obtain an additional legal opinion from a different attorney. That attorney is currently out of town.

3.      Defendants also request that the briefing deadlines set forth in the Court's order entered on February 23, 2015 be extended by one week.

4.      Early in the afternoon of February 25, 2015, counsel for Defendants contacted counsel for Plaintiffs about an objection to this motion. At the time of the filing of this motion, counsel for Defendants has not heard back from counsel for Plaintiffs regarding this motion.

1

**WHEREFORE**, Defendants respectfully request that this Court grant the parties until

noon on February 27, 2015 to respond to the Court's mediation settlement recommendation.


Respectfully submitted, Julia Meyer and
Renaissance Marketing Corporation, Defendants,

Dated: February 25, 2015        By:    s/Karl Leinberger
                                                    Karl Leinberger, One of Their Attorneys

Karl Leinberger (Ill. Atty. No. 6237537)
Markoff Leinberger LLC
134 N. LaSalle Street, Suite 1050
Chicago, IL 60602
Phone: 312.726.4162
karl@markleinlaw.com