UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Richard Dent, et al.
                    Plaintiff,
v.                                              Case No.: 1:14−cv−02999
                                                Honorable Edmond E. Chang
Julia Meyer, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 14, 2017:

MINUTE entry before the Honorable Edmond E. Chang: Movant Karl Leinberger's motion to clarify [149] is granted: the 10/19/2015 order may be used and disclosed consistent with the state−court protective order.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.